No. 548. GORDON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *William C. Wines* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 364, Misc. JOHNSON ET AL. *v.* GARDNER, TRUSTEE. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioners. *Thomas S. Tobin* for respondent.

No. 382, Misc. ADKINS, ADMINISTRATRIX, *v.* E. I. DU PONT DE NEMOURS & CO., INC. ET AL. C. A. 10th Cir. Certiorari denied. *John W. Porter, Jr.* for petitioner. *Solicitor General Perlman* for the United States, respondent, waived the right to file reply to the petition. *G. C. Spillers* for the Du Pont Co., respondent.

No. 390, Misc. WATSON *v.* SUDDOTH ET AL. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. J. G. Burke* for respondent.

No. 391, Misc. ROWE *v.* GREEN. C. A. 4th Cir. Certiorari denied.

No. 425, Misc. EVERHART *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.